IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ANTHONY FLOWERS,

    Plaintiff,

v.

CIVIL ACTION NO.: CV214-138

Mayor HERB SHAW; RICKY A. REDDISH, SR.; DON DARDEN; NICK HARRIS; BOBBY TOWNSEND; RAY HOUSE; GENEVA D. NICHOLS; CITY OF JESUP POLICE DEPARTMENT; Lt. MARK LANE; Sgt. JONATHAN McCULLOUGH; WILLIAM CHITTY; CANDACE PHILLIPS; and TY BROOKS, State Trooper,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Reddish, Darden, Harris, Townsend, House, Nichols, Shaw, and the City of Jesup Police Department are **DISMISSED**. Plaintiff's claim that his arrest was improper is also **DISMISSED**.

**SO ORDERED**, this 15 day of January, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)