# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANTHONY FLOWERS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:14-cv-138 |
| | * | |
| v. | * | |
| | * | |
| LT. MIKE LANE; SGT. JONATHAN MCCULLOUGH; SHAE PHILLIPS PRUITT; TY BROOKS; and WILLIAM CHITTY, | * * * * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 39, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **GRANTS** Defendant Brooks' and Defendants Lane's and Pruitt's unopposed Motions for Summary Judgment and **DISMISSES** Plaintiff's claims against Defendants Brooks, Lane, and Pruitt. In addition, the Court **DISMISSES**, without prejudice, Plaintiff's claims against Defendants Chitty and McCullough. The Court **DISMISSES** Plaintiff's Complaint and **DIRECTS** the Clerk of Court to enter the appropriate judgment of

dismissal and to **CLOSE** this case. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 17 day of May, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA